GARY M. RESTAINO
United States Attorney
District of Arizona

SETH T. GOERTZ
Arizona State Bar No. 031645
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: seth.goertz@usdoj.gov
Attorneys for Plaintiff

FILED
Feb 20 2024
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-24-00295-PHX-GMS (MTM) |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| vs. | VIO: **Count 1**<br>18 U.S.C. § 1001(a)(2)<br>(False Statement to a Government Agency) |
| Anita Bratton, | |
| Defendant. | **Count 2**<br>18 U.S.C. § 641<br>(Theft of Public Money) |

THE UNITED STATES CHARGES:

**Count 1**
**18 U.S.C. § 1001(a)(2)**
(False Statement to a Government Agency)

1.  On or about May 6, 2020, within the District of Arizona and elsewhere, defendant ANITA BRATTON, did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a loan application within the jurisdiction of the Executive Branch of the United States government. Pursuant to the federal government's covid pandemic relief Paycheck Protection Program (PPP), administered through the government's Small Business Administration (SBA), Defendant submitted a false and fraudulent SBA Form 2483 loan application to MidFirst Bank. In

particular, Defendant submitted Form 2483 on behalf of "West Coast Fabrication." On the form, Defendant falsely claimed that West Coast Fabrication had thirteen employees and an average monthly payroll of $65,000.00. As a result of these false statements, West Coast Fabrication received a PPP loan in the amount of $162,500.00. All in violation of 18 U.S.C. § 1001(a)(2).

**Count 2**
**18 U.S.C. § 641**
(Theft of Government Funds)

2.  On or about, August 15, 2020, in the District of Arizona, the defendant, Anita Bratton, knowingly converted $55.00 of the goods and property of the United States in violation of Title 18 U.S.C. § 641.

Dated this 20th day of February, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

SETH T. GOERTZ
Assistant U.S. Attorney